IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HILDA L SOLIS, Secretary of Labor,
United States Department of Labor,

    Plaintiff,

  v.

LOCAL 87, SERVICE EMPLOYEES
INTERNATIONAL UNION,

    Defendant.

No. C 09-02051 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference for sixty days. In view of the fact that more than one lawyer appears as counsel of record for defendant, the Court is confident that competent lawyers will appear for both sides and the lengthy continuance is unwarranted.

    **IT IS SO ORDERED.**

Dated: June 22, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE