IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L SOLIS, Secretary of Labor,<br>United States Department of Labor,<br><br>    Plaintiff,<br><br>  v.<br><br>LOCAL 87, SERVICE EMPLOYEES<br>INTERNATIONAL UNION,<br><br>    Defendant.<br>                                      / | No. C 09-02051 WHA<br><br>**NOTICE** |

After counsel left the case management conference today, four or five workers somehow involved in the case attempted to speak to the Court but the Court advised them the hearing was over, that they should consult the court file, and that they should consider contacting counsel. If counsel knows of anything about these workers, the Court would appreciate counsel contacting them to address their concerns.

Dated: August 20, 2009.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE