UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

HILDA L. SOLIS, SECRETARY OF LABOR,
        Plaintiff,

v.

LOCAL 87, SEIU,
        Defendant.
_____/

No. C09-2051 WHA MED

**ORDER APPROVING TELEPHONIC APPEARANCE AT MEDIATION BY PLAINTIFF REPRESENTATIVE CYNTHIA DOWNING**

Date:    October 28, 2009
Mediator:    Charles Loughran

IT IS HEREBY ORDERED that plaintiff representative Cynthia Downing is excused from personally appearing at the October 28, 2009, mediation before Charles Loughran. Ms. Downing shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

IT IS SO ORDERED.

October 14, 2009    By: *Elizabeth D. Laporte*
Dated                                       Elizabeth D. Laporte
                                                 United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California