JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEVEN J. SALTIEL (CSBN 202292)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6996
    FAX: (415) 436-6748
    steven.saltiel@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>LOCAL 87, SERVICE EMPLOYEES INTERNATIONAL UNION,<br><br>    Defendant. | No. C 09-2051 WHA<br><br>**CONSENT DECREE AND [PROPOSED] ORDER** |

    WHEREAS, Plaintiff, Hilda L. Solis, Secretary of Labor ("the Secretary"), brought this action pursuant to Title IV of the Labor-Management Reporting and Disclosure Act of 1959, as amended, 29 U.S.C. § 401 *et seq.* ("LMRDA"), seeking a judgment declaring Defendant's May 30, 2008 election of Executive Board members to be null and void, directing Defendant to conduct new nominations and a new election of Executive Board members, and for other appropriate relief;

    WHEREAS, the Department of Labor conducted an investigation of the May 30, 2008 election supervised by the SEIU International Union, and found that the election failed to comply with section 401(e) of the LMRDA, 29 U.S.C. § 481(e), in that the eligibility

CONSENT DECREE AND [PROPOSED] ORDER
No. C 09-2051 WHA

1  requirements in Defendant's constitution and bylaws were not uniformly applied with respect to
2  three nominees for Executive Board positions;
3  WHEREAS, Defendant denies that it violated the LMRDA in conducting the May 30, 2008
4  election; and further denies that the Secretary has jurisdiction over the May 30, 2008 election;
5  this Consent Decree and Proposed Order shall not be construed as an admission of liability;
6  WHEREAS, the parties desire to settle this action, and therefore consent to the entry by the
7  Court of the following provisions as an order in this action.
8  NOW, on the joint application of all parties, it is hereby STIPULATED, CONSENTED TO,
9  and AGREED that:
10  1. Defendant shall conduct, under the supervision of the Secretary, new nominations, and a
11  new election for the Executive Board, to be held, insofar as lawful and practicable, in accordance
12  with Defendant's Constitution and Bylaws and SEIU's Constitution and Bylaws, and completed
13  no later than October 29, 2010. The parties acknowledge that Defendant's Constitution and
14  Bylaws require that voting occur on September 23, 2010, and they will meet that requirement
15  insofar as it is lawful and practicable to do so.
16  2. The supervised election of the Executive Board shall be conducted in accordance with Title IV of the LMRDA 
17  (29 U.S.C. § 481 *et seq.*) and, insofar as lawful and practicable, in accordance with Defendant's
18  Constitution and Bylaws and SEIU's Constitution and Bylaws.
19  3. All decisions as to the interpretation or application of Title IV of the LMRDA, and
20  Defendant's constitution and bylaws, related to the supervised election of the Executive Board
21  are to be determined by the Secretary or her representative. Any protests concerning the
22  supervised election of the Executive Board shall be submitted directly to the Secretary's
23  representative. All decisions of the Secretary or her representative shall be final, subject to
24  review by this Court, on petition of a party.
25  4. Jurisdiction of this action shall be retained by the Court pending completion of the
26  supervised election. After said election, the Secretary shall, pursuant to 29 U.S.C. § 482(c),
27  certify to the Court the names of the persons so elected, and that such election was conducted in
28  accordance with Title IV of the Act and, insofar as is lawful and practicable, in accordance with

1  Defendant's constitution and by-laws. Upon approval of such certification, the Court shall enter
2  Judgment declaring that such persons have been duly elected as officers of Defendant.
3      5. The Executive Board shall continue to serve as officers of Defendant until the newly
4  elected Executive Board is installed in office in accordance with the requirements of Defendant's
5  constitution and bylaws.
6      6. Each party shall bear their own costs, expenses and legal fees in connection with this
7  action.

9  DATED: April 8, 2010          JOSEPH P. RUSSONIELLO
                                         United States Attorney

                                         STEVEN J. SALTIEL
                                         Assistant United States Attorney

15 DATED: April 8, 2010          SIEGEL & YEE

                                           JANE BRUNNER
                                           Attorney for Defendant
                                           Local 87, SEIU

     IT IS SO ORDERED:
DATED:

                                             WILLIAM H. ALSUP
                                             United States District Judge