United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

Solis,

           Plaintiff(s),

      v.

Local 87 Service Employees International Union,

           Defendant(s).

No. C 09-02051 WHA MED

**Certification of ADR Session**

***Instructions:** The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.    I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _4-8-10_ (1ST session was 10/28/09)

2.    Did the case settle?    ☒ fully    ☐ partially    ☐ no

3.    If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4.    **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: _4-9-10_

_____
**Mediator, Charles S. Loughran**
Mediator, Arbitrator & Fact-Finder
6318 Bullard Dr.
Oakland, CA 94611

**Certification of ADR Session**
09-02051 WHA