MELINDA HAAG (CA Bar No. 132612)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEVEN J. SALTIEL (CSBN 202292)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6996
FAX: (415) 436-6748
steven.saltiel@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, ) ) ) Plaintiff, ) ) v. ) ) LOCAL 87, SERVICE EMPLOYEES INTERNATIONAL UNION, ) ) ) Defendant. ) ) | No. C 09-2051 WHA **NOTICE OF FILING CERTIFICATION OF ELECTION & DECLARATION OF PATRICIA FOX; [PROPOSED] JUDGMENT** |

Pursuant to Paragraph 4 of the April 12, 2010 Consent Decree and Order (Dkt. No. 20) in the above-captioned action, Plaintiff, the Secretary of Labor, hereby gives notice that she is today filing a Certification of Election and accompanying Declaration of Patricia Fox, in order to notify the Court and the Defendant of the outcome of the supervised election for the Executive Board of Defendant Local 87, Service Employees International Union.  Also pursuant to Paragraph 4 of the April 12, 2010 Consent Decree and Order, Plaintiff hereby submits a proposed judgment declaring that the successful candidates were duly elected to the Executive Board.

\\

\\

NOTICE OF FILING; [PROPOSED] JUDGMENT
No. C 09-2051 WHA

DATED: January 13, 2011          Respectfully submitted,

MELINDA HAAG
United States Attorney


                                 _____/s/_____
                                 STEVEN J. SALTIEL
                                 Assistant United States Attorney


## [PROPOSED] JUDGMENT

In light of the Certification of Election filed by Plaintiff, Secretary of Labor, is it HEREBY ORDERED, ADJUDGED AND DECREED that the following named candidates have been duly elected to the Executive Board of Defendant Local 87, Service Employees International Union:

Abdul Algahim

Roberto Canchola

Kam Sing Chan

Francisco Garcia

Patricia Hernandez

Mohamed A, Ismael

Ismael Lara

Irma Manzanares

Taylor Mendez

Rosario Reyes

IT IS SO ORDERED.


DATED: _____          _____
                                HON. WILLIAM H. ALSUP
                                United States District Judge

NOTICE OF FILING; [PROPOSED] JUDGMENT
No. C 09-2051 WHA                    2